Anne M. Voigts (SBN 220783)
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200
avoigts@kslaw.com

*Attorney for Defendant Equifax
Information Services LLC*

Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION
ASSOCIATES, P.C.**
4 Embarcadero Center, #1400
San Francisco, CA 94111
Tel: (757) 930-3660
craig@clalegal.com

*Attorney for Plaintiffs*

(See signature block for complete list of counsel)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELETTRA MEEKS, JOSEPH DE LA CRUZ, STEPHANIE LAGUNA, and AMBER LEONARD, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>Defendant. | Case No. 3:21-CV-07727-CRB<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING CASE SCHEDULE** : ORDER<br><br>Judge: Hon. Charles R. Breyer |

Under Local Rule 6-2, Plaintiffs and Defendant Equifax Information Services LLC ("Equifax") respectfully file this stipulated request for an order granting a 90-day extension of all remaining deadlines under the existing case schedule ("Case Schedule," Dkt. 33 at 13), showing the Court as follows:

1.    Plaintiffs filed their putative class action complaint on October 4, 2021 (Dkt. 1), and Equifax filed its answer to the complaint on December 2, 2021 (Dkt. 25).

2.    On January 18, 2022, the Court entered the existing Case Schedule (*see* Dkt. 33 at 13) which, in relevant part, provides that all fact discovery must be completed by June 30, 2022.

3.    Since before the Court's entry of the Case Schedule, the parties have been engaging in significant written and document discovery:

a.    Plaintiffs and Equifax served their initial disclosures on January 13 and January 14, 2022, respectively.  Plaintiffs also produced documents along with their initial disclosures.

b.  Plaintiffs served interrogatories, requests for production, and requests for admission on Equifax on December 29, 2021.  Equifax served written responses to Plaintiffs' discovery on February 11, 2022, and provided supplemental responses to certain of Plaintiffs' interrogatories and requests for admission on March 25, 2022 and April 8, 2022.  Equifax has also produced, and will continue to produce, documents responsive to Plaintiffs' requests for production.

c.  Equifax served interrogatories and requests for production on Plaintiffs on March 24, 2022.  Plaintiffs will serve their responses to those interrogatories and requests on May 13, 2022.   Equifax also served a second set of request for production on Plaintiffs on April 26, 2022, to which Plaintiffs' responses will be due on May 26, 2022.

4.      In addition to ongoing written and document discovery, the parties have conducted multiple meet and confer calls to discuss various discovery issues.  To date, the parties have been able to work together regarding disagreements without involvement of the Court.

5.      Despite the parties efforts thus far, it has become apparent that additional time will be needed to complete written and document discovery (including meeting and conferring about such discovery and serving follow-up requests, as necessary) and to conduct depositions of relevant fact witnesses.  In that regard, Plaintiffs have indicated that they intend to take depositions of at least four Equifax employees, and Equifax intends to take depositions of the four named Plaintiffs.

6.      In order to allow sufficient time to continue the meet-and-confer process and complete document productions, provide further supplemental responses, and conduct fact depositions, the parties respectfully request that the Court enter an order extending each remaining case deadline 90 days as follows:

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | June 30, 2022 | September 28, 2022 |
| Affirmative Expert Disclosures Due | August 1, 2022 | October 31, 2022 |
| Rebuttal Expert Disclosures Due | August 31, 2022 | November 29, 2022 |

| Deadline for Conducting Expert Depositions | September 21, 2022 | December 20, 2022 |
|---|---|---|
| Last Day to File Motion for Class Certification | September 30, 2022 | December 29, 2022 |
| Last Day to File Motions for Summary Judgment and *Daubert* Motions | October 21, 2022 | January 19, 2023 |
| Opposition to Motion for Class Certification Due | October 28, 2022 | January 26, 2023 |
| Oppositions to Motions for Summary Judgment and *Daubert* Motions Due | November 18, 2022 | February 16, 2023 |
| Reply in Support of Motion for Class Certification Due | November 18, 2022 | February 16, 2023 |
| Replies in Support of Motions for Summary Judgment and *Daubert* Motions Due | December 9, 2022 | March 9, 2023 |
| Last Day for Hearing on Motion for Class Certification, Summary Judgment, and *Daubert* Motions | TBD | TBD |
| Pretrial Conference | TBD | TBD |
| Trial | TBD | TBD |

7.     The parties have not requested, and the Court has not ordered, any prior modifications to the existing case deadlines described above.

8.     This request is not made for reasons of delay or other improper purpose, but rather so that the parties can diligently complete fact discovery in this matter before moving to expert discovery and further case proceedings.

DATED:  May 13, 2022

By: */s/ Kristi C. Kelly*

Kristi C. Kelly, Esq. (*pro hac vice*)
Andrew Guzzo, Esq. (*pro hac vice*)
**KELLY GUZZO, PLC**
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Tel.: (703) 424-7572
Fax: (703) 591-0167

Craig C. Marchiando, Esq., (SBN 283829)
Leonard A. Bennett, Esq., (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
craig@clalegal.com
lenbennett@clalegal.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel.: (757) 930-3660
Fax: (757) 930-3662

*Attorneys for Plaintiffs*

By: */s/ John C. Toro*

Zachary A. McEntyre (admitted *pro hac vice*)
John C. Toro (admitted *pro hac vice*)
Robert D. Griest (admitted *pro hac vice*)
**KING & SPALDING LLP**
zmcentyre@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Tel.: (404) 572-4600
Fax: (404) 572-5100

Anne M. Voigts (State Bar No. 220783)
**KING & SPALDING LLP**
avoigts@kslaw.com
50 California Street
Suite 3300
San Francisco, CA 94111
Tel.: (415) 318-1200

Fax: (415) 318-1300

*Attorneys for Defendant Equifax Information Services LLC*

Date: May 16, 2022



1

**SIGNATURE ATTESTATION (N.D. CAL. L.R. 5-1)**

2      I, John C. Toro, attest that concurrence in the filing of this document has been

3 obtained from each signatory whose ECF user ID and password are not being used in the

4 electronic filing of this document.

5

6                                                   */s/ John C. Toro*
                                                   John C. Toro

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 13th day of May, 2022 electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all registered attorneys of record.

*/s/ John C. Toro*
John C. Toro